IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| Natalie Shirley,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>Andrew Saul, Commissioner<br>of Social Security,<br>　　　　　　　Defendant. | Civil Action No. 1:19-cv-369-CMC<br><br>**ORDER** |

This matter is before the court on Plaintiff's petition for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. ECF No. 23. In her petition, Plaintiff seeks an award of attorney's fees in the amount of $3,534.38, representing 8.5 attorney hours at the rate of $195 per hour and 19.25 paralegal hours at $97.50 per hour, as well as $20.85 in expenses.

The Commissioner filed a response indicating that he does not oppose payment of $3,534.38 in attorney's fees and $20.85 in expenses to Plaintiff. ECF No. 24. Accordingly, the court finds this amount reasonable and orders, pursuant to the EAJA, that Plaintiff be awarded $3,534.38 in attorney's fees and $20.85 in expenses, payable directly to Plaintiff.

**IT IS SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　s/Cameron McGowan Currie
　　　　　　　　　　　　　　　　　　　　　CAMERON MCGOWAN CURRIE
　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge

Columbia, South Carolina
April 30, 2020